UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANDREW DAVID HALL,

      Plaintiff,

v.                             Case No.  3:14cv140/MCR/CJK

C.O. MOORE., et al.,

      Defendants.

_____/

ORDER

      Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 15, 2015 (doc. 43), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

      Accordingly, it is now ORDERED as follows:

      1.  The Magistrate Judge's Report and Recommendation (doc. 43) is adopted and incorporated by reference in this order.

      2.  Defendants Hood, Gielow and Thornhill's motion to dismiss (doc. 34) is DENIED.

      3.  Defendants Hood, Gielow and Thornhill shall file an answer to the third amended complaint within **fourteen (14) days** from the date of this order.

      4.  This case is remanded to the Magistrate Judge for further proceedings.

      **DONE AND ORDERED** this 19th day of June, 2015.

                    s/ *M. Casey Rodgers*

                    **M. CASEY RODGERS**
                    **CHIEF UNITED STATES DISTRICT JUDGE**