UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANDREW DAVID HALL,

     Plaintiff,

v.                                 Case No.  3:14cv140/MCR/CJK

C.O. MOORE, et al.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court upon the parties filing a Joint Notice of Voluntary Dismissal With Prejudice.  (Doc. 73).  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(ii), with all parties bearing their own costs and fees.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 18th day of April, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.