UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANDREW DAVID HALL,

    Plaintiff,

v.                                           Case No. 3:14cv140/MCR/CJK

C.O. MOORE, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated April 18, 2016. ECF No. 74. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 74, is adopted and incorporated by reference in this order.

2.  This case is DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(ii), with all parties bearing their own costs and fees.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of May, 2016.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**